| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>PAULETTE J. ROSENBERG,<br><br>           Defendant. | Case No. 1:18-po-00178-SAB<br><br>[Citations #6044984 and #6044985 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00178-SAB [Citations #6044984 and #6044985 CA/74] against PAULETTE J. ROSENBERG without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 7, 2018  
  
Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

By: /s/ Gary M. Leuis  
GARY M. LEUIS  
Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00178-SAB [Citations #6044984 and #6044985 CA/74] against PAULETTE J. ROSENBERG be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 8, 2018**

UNITED STATES MAGISTRATE JUDGE